IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DOUGLAS MICHELL,
        Appellant,

    v.                                 09cv0545
                                          **ELECTRONICALLY FILED**

HARRY MICHAEL ANTHONY *formerly
doing business as* MCM CONSULTING &
MANAGEMENT SERVICES *formerly doing
business as* BLEAKER STREET
CONSTRUCTION,
        Appellees.

**RULE TO SHOW CAUSE WHY APPEAL SHOULD NOT BE DISMISSED**

       Pursuant to Bankruptcy Rule 8009, the Brief for Appellant Douglas Mitchell was due on

May 20, 2009. See (doc. no. 1) ("Appellant Brief due by 5/20/2009"). In light of Appellant's

failure to file his Brief, the Court hereby issues this Rule to Show Why the Appeal Should Not be

Dismissed. See Bankruptcy Rule 8001(a) ("An appellant's failure to take any step other than

timely filing a notice of appeal does not affect the validity of the appeal, but is ground only for

such action as the district court or bankruptcy appellate panel deems appropriate, which may

include dismissal of the appeal."). Accordingly,

       IT IS HEREBY ORDERED that on or before June 25, 2009, Appellant shall file his

Response to Rule to Show Cause setting forth any good cause or reasons why this appeal should

not be dismissed for failure to prosecute.


                                 s/ Arthur J. Schwab
                                 Arthur J. Schwab
                                 United States District Judge

cc:     All Registered ECF Counsel and Parties
Douglas Mitchell Pro Se
GQ 4662
S.C.I. Cresson
P.O. Box A, Old Route 22
Cresson, PA 16699-0001